UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
June 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>            Plaintiff,           )<br>v.                                  )<br>                                    )<br>AIMEE SISCO,                )<br>            Defendant.          )<br>_____ ) | Case No. MAG. 11-0176-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AIMEE SISCO, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

   _X_   Co-Signed Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) Unsecured bond paperwork to be filed by 06/29/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011  at  3:25 pm

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge