```
1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Aimee Sisco
6
```

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | ) CR S 11-275 JAM |
|    | ) STIPULATION AND (PROPOSED) |
| 10         Plaintiff, | ) ORDER ADDING CONDITION OF |
|    | ) SUPERVISED RELEASE |
| 11    v. | ) |
|    | ) |
| 12 AIMEE SISCO, et al | ) |
|         Defendants | ) |
| 13 _____ | ) |

14

15        At the request of the Pre-Trial Services Officer and the

16 Defendant, the parties stipulate that Condition 13 of the Pre-

17 Trial Conditions of Release: "You shall participate in a program of

18 medical or psychiatric treatment including treatment for drug or

19 alcohol dependency, as approved by the pretrial services officer",

20 be added in this matter.

21         This condition is requested because of a positive drug

22 test obtained by pretrial services.  The parties request the

23 Court so order.

24 Dated July 7, 2011

25

26    /s/   TODD PICKLES                      /s/    J TONEY

27 Todd Pickles, Assistant US Attorney    Attorney for Defendant

28
                                  1

1        IT IS SO ORDERED:
2  DATED: July 7, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
ddad1:crim
sisco0275.stipo.modify
```