J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Aimee Sisco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 11-275 JAM |
| | ) STIPULATION AND (PROPOSED) |
| Plaintiff, | ) ORDER ADDING CONDITION OF |
| | ) SUPERVISED RELEASE |
| v. | ) |
| | ) |
| AIMEE SISCO, et al | ) |
| Defendants | ) |

At the request of the Pre-Trial Services Officer and the Defendant, the parties stipulate that Condition 13 of the Pre-Trial Conditions of Release: "You shall participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the pretrial services officer", be added in this matter.

This condition is requested because of a positive drug test obtained by pretrial services.  The parties request the Court so order.

Dated July 7, 2011


  /s/    TODD PICKLES                              /s/    J TONEY
Todd Pickles, Assistant US Attorney      Attorney for Defendant

1

IT IS SO ORDERED:

DATED: July 7, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
ddad1:crim
sisco0275.stipo.modify
```

2