J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Aimee Sisco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>AIMEE SISCO, et al<br>      Defendant.<br>_____ | No. Cr-S-11-275 JAM<br>ORDER APPROVING<br>WAIVER OF DEFENDANT'S<br>PRESENCE |

     Defendant Aimee Sisco requests approval of her Waiver of Personal Appearance filed today.  This Defendant lives over 100 miles from Court.  She has no criminal record and is under the supervision of pre-trial officers.

     Over 1000 pages of discovery is being provided by the Government; it appears that several status conferences will be needed before trial can be set or other disposition made.  This Defendant has been completely cooperative with counsel.

     It is therefore requested the court Order that the Waiver be approved.

Respectfully submitted,

Dated July 19, 2011              /s/ J TONEY

                                    J Toney

1

ORDER

Good cause being shown, the Court approves the Waiver of Appearance of Defendant Aimee Sisco.

Dated July 20, 2011

                                            /s/ John A. Mendez
                                            U.S. District Court Judge