1  CARL E. LARSON, Bar #48162
   Attorney at Law
2  9490 Golden Gate Avenue
   Orangevale, CA 95662
3  Telephone: (916) 989-9226

4

5  Attorney for Defendant
   DOLF FRED PODVA

6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    ) NO. CR.S. 11-275-JAM
                                )
10            Plaintiff,         )
                                )  STIPULATION AND ORDER TO MODIFY
11     v.                       )  PRETRIAL RELEASE CONDITIONS
                                )
12 YAN EBYAM, et al.,           )
                                )
13            Defendant.         )
                                )
14 _____ )

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through

17 their respective counsel, Samuel Wong, Esq., Assistant United States

18 Attorney, attorney for plaintiff, Carl E. Larson, Esq., attorney for

19 defendant Dolf Fred Podva, Jay Toney, Esp., attorney for defendant

20 Aimee Kristine Sisco, that the pretrial release condition that Mr.

21 Podva and Ms. Sisco not associate with each other be terminated.

22     Mr. Dolf Podva is married to Ms. Sisco's sister.  Jennifer Podva

23 and her sister, Aimee Kristine Sisco, have a close relationship for

24 many years.  Ms. Sisco takes a special interest in the four Podva

25 children who range in age from two months to 12 years.  Auntie Aimee

26 has had a close relationship with all the Podva children throughout the

27 children's lives.

28     None of the parties or their counsel see any detriment to allowing

1  Ms. Sisco to continue the familial relationship.  Becky Fildelman the
2  Pre Trial Services Officer, is in favor of deleting the condition of
3  non association.  Dr. Benjamin Spock, if he were available, would favor
4  this change in release conditions.
5      The Special Conditions of Release, which are attached, should be
6  amended:
7      10.  You shall not associate or have any contact with the
8  co-defendants except for Aimee Kristine Sisco, unless in the presence
9  of counsel or otherwise approved in advance by the pretrial services
10 officer.

Dated: September 12, 2011            Respectfully submitted,

                                     /s/ Carl E. Larson
                                     CARL E. LARSON
                                     Attorney for Defendant
                                     DOLF FRED PODVA

Dated: September 12, 2011            /s/ Carl E. Larson for
                                     J. TONY attorney for
                                     AIMEE KRISTINE SISCO

Dated: September 12, 2011
                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Carl E. Larson for

                                     CARL E. LARSON for
                                     For SAMUEL WONG
                                     Assistant United States Attorney


                    O R D E R

    IT IS SO ORDERED:

Dated: September 14, 2011

                    /s/ Gregory G. Hollows
                  UNITED STATES MAGISTRATE JUDGE

2