J TONEY
State Bar No. 43143
Attorney at Law
P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Aimee Sisco

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No.  S-11-275 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | **August  26, 2014 at 9 AM before Judge Mendez** |
| AIMEE SISCO, et al | |
| Defendants. | |

   The parties have entered into further negotiations regarding sentencing in this case.  New information has come to the attention of the Government that may affect their recommendation as to disposition.  It is therefore requested that the present sentence date of July 29, 2014 be continued to August 26, 2014 at 9:30 a.m. The parties respectfully request the Court so order.

Dated July 27, 2014

  /s/ SAMUEL WONG              /s/ J TONEY

   Samuel  Wong            J. Toney

Assistant U.S. Attorney     Attorney for Aimee Sisco

IT IS SO  ORDERED:

Dated:  7/28/2014

/s/ John A. Mendez_____

U. S. District Court Judge

1